472 A.2d 266

Commonwealth v. Dillard, Appellant.

Petition for Allowance of Appeal
Denied July 23, 1984.

Submitted November 18, 1983. Jack M. Bernard, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Order affirmed.

472 A.2d 266

Commonwealth v. Hopkins, Appellant.

Submitted October 14, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Appeal quashed.